## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR<br>200 Constitution Avenue NW<br>Washington, DC 20210<br><br>U.S. DEPARTMENT OF AGRICULTURE<br>1500 Pennsylvania Avenue NW<br>Washington, DC 20220<br><br>U.S. DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT<br>451 7th Street NW<br>Washington, DC 20410<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES<br>200 Independence Avenue SW<br>Washington, DC 20201<br><br>and<br><br>CENTERS FOR MEDICARE AND<br>MEDICAID SERVICES<br>7500 Security Boulevard<br>Baltimore, MD 21224<br><br>*Defendants.* | Case No. 20-cv-563 |

## **COMPLAINT**

1.     Plaintiff American Oversight brings this action against Defendants U.S.

Department of Labor, U.S. Department of Agriculture, U.S. Department of Housing and Urban

Development, U.S. Department of Health and Human Services, and Centers for Medicare and Medicaid Services under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3.      Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4.      Because Defendants have failed to comply with the applicable time-limit provisions of FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the Defendants from continuing to withhold department or agency records and ordering the production of department or agency records improperly withheld.

## PARTIES

5.      Plaintiff American Oversight is a nonpartisan non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to promoting transparency in government, educating the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information it gathers, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6.      Defendant U.S. Department of Labor (DOL) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). DOL has possession, custody, and control of the records that American Oversight seeks.

7.      Defendant U.S. Department of Agriculture (USDA) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). USDA has possession, custody, and control of the records that American Oversight seeks.

8.      Defendant U.S. Department of Housing and Urban Development (HUD) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). HUD has possession, custody, and control of the records that American Oversight seeks.

9.      Defendant U.S. Department of Health and Human Services (HHS) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). HHS has possession, custody, and control of the records that American Oversight seeks.

10.     Defendant Centers for Medicare and Medicaid Services (CMS) is a component of HHS—an agency of the federal government within the meaning of 5 U.S.C. § 5529(f)(1)—and is headquartered in Baltimore, MD. CMS has possession, custody, and control of the records that American Oversight seeks.

## STATEMENT OF FACTS

*DOL Stephen Miller Communications FOIA Request*

11.     On November 8, 2019, American Oversight submitted a FOIA request to DOL's

Office of the Secretary, Office of the Assistant Secretary for Policy, Office of Congressional and

Intergovernmental Affairs, Office of Public Affairs, Bureau of International Labor Affairs, and

Wage and Hour Division, seeking the following records:

> All email communications (including emails, email attachments,
> calendar invitations, and attachments thereto) between (a) the
> following specified officials serving in the White House Office and
> (b) the following specified agency officials:

| Specified White House Office Officials | Specified Agency Officials |
|---|---|
| i.  Stephen Miller (including but not limited to the email address stephen.miller@who.eop.gov)<br>ii. Robert Gabriel (including but not limited to the email address robert.gabriel@who.eop.gov)<br>iii. Jennifer Cytryn (including but not limited to the email address jennifer.cytryn@who.eop.gov)<br>iv. McLaurine Klingler (including but not limited to the email address mclaurine.klingler@who.eop.gov) | i.  Eugene Scalia, Secretary<br>ii. Alex Acosta, Former Secretary<br>iii. Patrick Pizzella, Deputy Secretary and Former Acting Secretary<br>iv. Anyone serving as Chief of Staff, including Nicholas Geale, Wayne Palmer, and Rachel Mondl<br>v. Molly Conway, former Chief of Staff, Deputy Chief of Staff, and Acting Assistant Secretary for Congressional and Intergovernmental Affairs<br>vi. Paul Ray, Former Counselor<br>vii. Bob Bozzuto, Assistant Secretary of Public Affairs<br>viii. Eric Holland, Deputy Assistant Secretary of Public Affairs<br>ix. Jonathan Berry, Principal Deputy Assistant Secretary<br>x. Joseph Wheeler, Deputy Assistant Secretary for Congressional and Intergovernmental Affairs |

| | xi. | Martha Newton, Deputy Undersecretary for International Labor Affairs |
| | xii. | Cheryl Stanton, Administrator, Wage and Hour Division |

12.     American Oversight requested all responsive records from January 20, 2017, through the date a search is conducted.

13.     By letter dated November 13, 2019, DOL Office of the Secretary acknowledged American Oversight's DOL Stephen Miller Communications FOIA request and assigned it tracking number 885094.

14.     By letter dated January 15, 2020, the DOL Wage and Hour Division acknowledged the same request.

15.     Between November 11, 2019, and January 21, 2020, American Oversight received determinations on the request from DOL's Office of Congressional and Intergovernmental Affairs, Office of Public Affairs, Office of the Assistant Secretary for Policy, Wage and Hour Division, and Bureau of International Labor Affairs.

16.     American Oversight has not received any further communications from DOL's Office of the Secretary regarding this FOIA request.[1]

*USDA Stephen Miller Communications FOIA Request*

17.     On November 8, 2019, American Oversight submitted a FOIA request to USDA seeking the following records:

---

[1] American Oversight does not challenge the determinations from the following DOL offices: Office of Congressional and Intergovernmental Affairs, Office of Public Affairs, Office of the Assistant Secretary for Policy, Wage and Hour Division, and Bureau of International Labor Affairs. American Oversight therefore only seeks relief against DOL with respect to its Office of the Secretary.

All email communications (including emails, email attachments, calendar invitations, and attachments thereto) between (a) the following specified officials serving in the White House Office and (b) the following specified agency officials:

| Specified White House Office Officials | Specified Agency Officials |
|---|---|
| i. Stephen Miller (including but not limited to the email address stephen.miller@who.eop.gov)<br><br>ii. Robert Gabriel (including but not limited to the email address robert.gabriel@who.eop.gov)<br><br>iii. Jennifer Cytryn (including but not limited to the email address jennifer.cytryn@who.eop.gov)<br><br>iv. McLaurine Klingler (including but not limited to the email address mclaurine.klingler@who.eop.gov) | i. Sonny Perdue, Secretary<br>ii. Lauren Sullivan, Director of Scheduling<br>iii. Stephen Censky, Deputy Secretary<br>iv. Anyone serving as Chief of Staff, including Ray Starling and Joby Young (including in his former role as former Chief of Staff for the Office of Congressional Relations)<br>v. Michawn Rich, Communications Director<br>vi. Tim Murtaugh, Former Communications Director<br>vii. Kristi Boswell, Senior Advisor<br>viii. Stephen Vaden, General Counsel<br>ix. Anyone serving in the capacity of White House Liaison or Advisor, including but not limited to Sam Clovis |

18.     American Oversight requested all responsive records from January 20, 2017, through the date a search is conducted.

19.     By letter dated November 12, 2019, USDA acknowledged American Oversight's USDA Stephen Miller Communications FOIA request and assigned it tracking number 2020-OSEC-00744-F.

20.     American Oversight has not received any further communications from USDA regarding this FOIA request.

*HUD Stephen Miller Communications FOIA Request*

21.     On November 8, 2019, American Oversight submitted a FOIA request to HUD

seeking the following records:

> All email communications (including email messages, complete
> email chains, email attachments, calendar invitations, and
> attachments thereto) between (a) the following specified officials
> serving in the White House Office and (b) the following specified
> agency officials:

| Specified White House Office Officials: | Specified Agency Custodians: |
|---|---|
| i.   Stephen Miller (including but not limited to the email address stephen.miller@who.eop.gov)<br>ii.  Robert Gabriel (including but not limited to the email address robert.gabriel@who.eop.gov)<br>iii. Jennifer Cytryn (including but not limited to the email address jennifer.cytryn@who.eop.gov)<br>iv.  McLaurine Klingler (including but not limited to the email address mclaurine.klingler@who.eop.gov) | i.    Secretary Ben Carson<br>ii.   Anyone serving as Chief or Deputy Chief of Staff<br>iii.  J. Paul Compton, Jr., General Counsel<br>iv.   Brian Montgomery, Assistant Secretary for Housing<br>v.    Hunter Kurtz, Assistant Secretary for Public and Indian Housing<br>vi.   David Woll, Principal Deputy Assistant Secretary for Community Planning and Development<br>vii.  Anyone serving as Senior Advisor, including but not limited to John Gibbs and John Ligon<br>viii. Benjamin Hobbs, Former Special Policy Advisor<br>ix.   Anyone serving as White House Liaison, including but not limited to Todd Thurman and Michael Burley |

22.     American Oversight requested all responsive records from January 1, 2018,

through the date a search is conducted.

23. By letter dated November 14, 2019, HUD acknowledged American Oversight's HUD Stephen Miller Communications FOIA request and assigned it tracking number 20-FI-HQ-00235.

24. American Oversight has not received any further communications from HUD regarding this FOIA request.

*CMS Stephen Miller Communications FOIA Request*

25. On November 8, 2019, American Oversight submitted a FOIA request to CMS seeking the following records:

> All email communications (including email messages, complete email chains, email attachments, calendar invitations, and attachments thereto) between (a) the following specified officials serving in the White House Office and (b) the following specified agency officials:

| Specified White House Office Officials: | Specified Agency Custodians: |
|---|---|
| i. Stephen Miller (including but not limited to the email address stephen.miller@who.eop.gov)<br>ii. Robert Gabriel (including but not limited to the email address robert.gabriel@who.eop.gov)<br>iii. Jennifer Cytryn (including but not limited to the email address jennifer.cytryn@who.eop.gov)<br>iv. McLaurine Klingler (including but not limited to the email address mclaurine.klingler@who.eop.gov) | i. Seema Verma, Administrator<br>ii. Brady Brookes, Deputy Administrator and Deputy Chief of Staff<br>iii. Anyone serving as Senior Advisor to the Administrator<br>iv. Anyone serving as White House Liaison or White House Advisor<br>v. Demetrios Kouzoukas, Principal Deputy Administrator for Medicare<br>vi. Acting Deputy Administrator and Acting Director for Medicaid and CHIP Services<br>vii. Randy Pate, Deputy Administrator and Director of the Center for Consumer |

| | Information and Insurance Oversight |
|---|---|

26.     American Oversight requested all responsive records from January 1, 2018,

through the date a search is conducted.

27.     By letter dated November 13, 2019, CMS acknowledged American Oversight's

CMS Stephen Miller Communications FOIA request and assigned it tracking number

111220197045.

28.     American Oversight has not received any further communications from CMS

regarding this FOIA request.

**COUNT I**
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Conduct Adequate Searches for Responsive Records**

29.     American Oversight repeats the allegations in the foregoing paragraphs and

incorporates them as though fully set forth herein.

30.     American Oversight properly requested records within the possession, custody,

and control of Defendants.

31.     Defendants are agencies or components of agencies subject to FOIA and must

therefore make reasonable efforts to search for requested records.

32.     Defendants have failed to promptly review agency records for the purpose of

locating those records that are responsive to Plaintiff's FOIA requests.

33.     Defendants' failure to conduct adequate searches for responsive records violates

FOIA.

34.     Plaintiff is therefore entitled to injunctive and declaratory relief requiring

Defendants to promptly make reasonable efforts to search for records responsive to Plaintiff's

FOIA requests.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

35.     Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

36.     Plaintiff properly requested records within the possession, custody, and control of Defendants.

37.     Defendants are agencies or components of agencies subject to FOIA and must therefore release in response to FOIA requests any non-exempt records and provide a lawful reason for withholding any materials.

38.     Defendants are wrongfully withholding non-exempt agency records requested by Plaintiff by failing to produce non-exempt records responsive to its FOIA requests.

39.     Defendants are wrongfully withholding non-exempt agency records requested by Plaintiff by failing to segregate exempt information in otherwise non-exempt records responsive to its FOIA requests.

40.     Defendants' failure to provide all non-exempt responsive records violates FOIA.

41.     Plaintiff is therefore entitled to declaratory and injunctive relief requiring Defendants to promptly produce all non-exempt records responsive to its FOIA requests and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

**REQUESTED RELIEF**

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendants to conduct a search or searches reasonably calculated to uncover all records responsive to American Oversight's FOIA requests submitted to Defendants on November 8, 2019;

(2) Order Defendants to produce, within twenty days of the Court's order, any and all non-exempt records responsive to American Oversight's FOIA requests and *Vaughn* indexes of any responsive records withheld under claim of exemption;

(3) Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA requests;

(4) Award American Oversight the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated: February 26, 2020

Respectfully submitted,

*/s/ Katherine M. Anthony*
Katherine M. Anthony
D.C. Bar No. 1630524
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
katherine.anthony@americanoversight.org

*Counsel for Plaintiff*